# ATTACHMENT 1

FILED/REC'D

2024 APR 11 P 3: 56

CLERK OF COURT
U.S. DISTRICT COURT
WD OF WI

# COMPLAINT FORM
### (for non-prisoner filers without lawyers)

## IN THE UNITED STATES DISTRICT COURT
FOR THE _Western_ DISTRICT OF _Wisconsin_

---

(Full name of plaintiff(s))

Steve Michael Schoppenhorsr

N2402 County Road XX

Berlin, Wisconsin 54923

vs

Case Number:

(Full name of defendant(s))

Bill Schultz / Property Pros Inc.

159 Waterloo lane

Fairbanks, Northstar Borough

Alaska, 99701

**24 CV 239 JDP**
(to be supplied by clerk of court)

## A. PARTIES

1. Plaintiff is a citizen of _Wisconsin_ and resides at
   (State)

   _N2402 County Road XX Berlin, WI 54923_
   (Address)

(If more than one plaintiff is filing, use another piece of paper).

2. Defendant _Bill Schultz Property Pros Inc._
(Name)

is (if a person or private corporation) a citizen of _Alaska_
(State, if known)

and (if a person) resides at _159 Waterloo lane Fairbanks Ak 99701_
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for _Bill Schultz (owner) Property Pros Inc_ _159 Waterloo lane Fairbanks, Ak 99701_
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

(1) Bill Schultz (2) FIRED ME IMMEDIATELY AFTER MAKING a work related injury claim (3) 04/06/2021 (4) FAIRBANKS, Alaska (5) My opinion is RETALIATION for making a work related injury claim. Bill Schultz immediately hired a lawyer and I believe was guided through the system & protected by workers Compensation process, A biased Dr. Report and unfair tactics or Treatment which was discriminative of my Pre-existing injury status and disability

Alaska Workers Compensation SUA-sponte my Petitions of complaints and I was NEVE Able to receive representation by legal counsel because, I believe of unfair treatment, RETALIATION towards my pre-existing injury. All Avenues have been a negative experience for me, in Alaska. It was recommended by medical treating physicians I be closer to family & friends so I returned to Wisconsin and now face losing everything

CAN you look at the discrimination and unfair treatment throughout my workers compensation Alaska claim # 202105734 AWCB decision # 23-0676 AWCAC Appeal # 24-001

UNFAIR TREATMENT Throughout MY claim but there IS NO where to file Such claims ARE NOT Allowed or ARE blocked & I am NOT REpresented.

## C. JURISDICTION

☒ I am suing for a violation of federal law under 28 U.S.C. § 1331.

### OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

## D. RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

I want everything I am entitled to which the court decides is fair. I believe I have been banned or barred from receiving counsel (legal) in Alaska because of unfair treatment and jurisdictional boundaries of the STATE of Alaska + Wisconsin I want the discrimination of the STATE of Alaska to stop. I want the court costs paid. I would like my loses to be reimbursed. I WANT the Right to A jury trial if NEEDED.

## E.     JURY DEMAND

☒  Jury Demand - I want a jury to hear my case
                    OR
☐  Court Trial – I want a judge to hear my case

Dated this __11__ day of __April__ 20 _24_ .

Respectfully Submitted, STEVE M. SCHOPPENHORST

_Steve M. Schoppenhorst_
Signature of Plaintiff

_# 920-718-0046 cell_
Plaintiff's Telephone Number

_STEVE. SCHOPPENHORST @ dexter group. com_
Plaintiff's Email Address

_N2402 County Road XX_

_Berlin, WISCONSIN 54923_
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

☒  I DO request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐  I DO NOT request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.